Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY JOLLEY, individually,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-02178-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST)** |

USAA CASUALTY INSURANCE COMPANY ("Defendant"), by and through its counsel of record, Spencer Fane LLP, and Mary Jolley ("Plaintiff"), by and through her counsel of record, Mountain Vista Law Group, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint from December 17, 2021 to January 7, 2021.

Defendant's counsel was recently retained and is evaluating the facts and circumstances in this case to determine how to proceed. The parties are also considering whether an early settlement is a possibility. This is Defendant's first request for an extension,

/ / /

/ / /

1  Plaintiff has agreed to the extension of time, and no party will be prejudiced by the extension.
2  Further, the parties request this three week extension (instead of a more traditional one or
3  two week extension) to account for the upcoming holiday travel schedules of the parties and
4  their counsel.

5  Dated this 15th day of December, 2021.        Dated this 15th day of December, 2021.

6  **SPENCER FANE LLP**                          **ANGULO LAW GROUP, LLC**

7  /s/ Mary E. Bacon                             /s/ Peter M. Angulo
8  Mary E. Bacon, Esq.                           Peter Maitland Angulo, Esq.
   NV Bar No. 12686                              NV Bar No. 3672
9  300 S. Fourth Street, Suite 950               5545 S. Mountain Vista Street, #F
   Las Vegas, Nevada 89101                       Las Vegas, Nevada 89120
10 *Attorneys for Defendant*                     *Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**Date:** December 16, 2021