PETER M. ANGULO, ESQ.
E. BREEN ARNTZ, ESQ.
ANGULO LAW GROUP
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
(702) 384-8000
(702) 384-8200 – fax
pangulo@angulolawgroup.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY JOLLEY, individually, | CASE NO. 2:21-CV-02178-RFB-DJA |
| Plaintiff, | |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AND THIRD CAUSES OF ACTION AND REQUEST FOR EXEMPLARY DAMAGES AND ATTORNEY'S FEES (#10)**
(First Request)

Plaintiff, MARY JOLLEY, by and through her counsel of record, PETER M. ANGULO, ESQ. of the ANGULO LAW GROUP and Defendant, USAA CASUALTY INSURANCE COMPANY, by and through its counsel of record, MARY E. BACON, ESQ., of the law firm of SPENCER FANE LLP, hereby stipulate and agree to extend the time for Plaintiff to file her Opposition to Defendant's Motion to Dismiss Plaintiff's First and Third Causes of Action and Request for Exemplary Damages and Attorney's Fees from January 21, 2022 to February 4, 2022.

/ / /

/ / /

/ / /

1

Defendant has agreed to the extension of time, and no party will be prejudiced by the extension.

This is the first request for an extension of time.

DATED this 20th day of January, 2022.

ANGULO LAW GROUP

By /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
E. BREEN ARNTZ, ESQ.
5545 S. Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
*Attorneys for Plaintiff*

DATED this 20th day of January, 2022.

SPENCER FANE LLP

By /s/ Mary E. Bacon
MARY E. BACON, ESQ.
Nevada Bar No. 12686
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Attorneys for Defendant*

ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Date: January 20, 2022.

**manthis@angulolawgroup.com**

---

**From:** Bacon, Mary <mbacon@spencerfane.com>
**Sent:** Thursday, January 20, 2022 9:47 AM
**To:** manthis@angulolawgroup.com; pangulo@angulolawgroup.com
**Subject:** Re: [EXTERNAL] Jolley?

Approved.

Mary Bacon
702-408-3411
MBacon@spencerfane.com
Get Outlook for iOS

---

**From:** manthis@angulolawgroup.com <manthis@angulolawgroup.com>
**Sent:** Thursday, January 20, 2022 8:48:25 AM
**To:** Bacon, Mary <mbacon@spencerfane.com>; pangulo@angulolawgroup.com <pangulo@angulolawgroup.com>
**Subject:** RE: [EXTERNAL] Jolley?

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

---

Attached is the Stip for your approval. Please let me know if we can use your e-signature.

Margaret Anthis, Legal Secretary
Angulo Law Group, LLC
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
(702) 384-8000
manthis@angulolawgroup.com

*This email transmission and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of the sender. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.*

---

**From:** Bacon, Mary <mbacon@spencerfane.com>
**Sent:** Wednesday, January 19, 2022 8:28 PM
**To:** pangulo@angulolawgroup.com
**Cc:** manthis@angulolawgroup.com
**Subject:** RE: [EXTERNAL] Jolley?

Hi Peter,

Thanks for checking in. I still do not have settlement authority. Please feel free to make the stip for two weeks if that's helpful.

Mary

1